ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DUAN LEI,<br><br>    Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of the United States Department of Homeland Security, *et al.*,<br><br>    Defendants. | Case No. 3:24-cv-04998 LJC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT; AND ORDER** |

    The parties, through their undersigned attorneys, hereby stipulate to an extension of time for Defendants' response to Plaintiff's complaint. Defendants will file their response on or before February 3, 2025. The parties make this request because Defendants need a brief period of additional time to prepare their response.

    The parties further request a corresponding extension on the deadline for filing a motion for summary judgment under the Court's Immigration Mandamus Procedural Order. Dkt. No. 4. Currently, Defendants must file a motion for summary judgment by 120 days after the complaint was served, or March 4, 2025. In view of the agreed-upon extension for Defendants' response to the complaint, the parties request that Defendants must file their motion for summary judgment by April 3, 2025.

Stipulation to Extend
C 3:24-cv-04998 LJC                      1

| | |
|---|---|
| Dated: January 3, 2025 | Respectfully submitted,[1] |
| | ISMAIL J. RAMSEY<br>United States Attorney |
| | */s/ Elizabeth D. Kurlan*<br>ELIZABETH D. KURLAN<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Dated: January 3, 2025 | */s/ David W. Ewing*<br>DAVID W. EWING<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: January 7, 2025

LISA J. CISNEROS
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.